FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 12 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NELSON BROWN,

Petitioner,

-against-

CHARLES GREINER, *Superintendent,*
*Green Haven Correctional Facility,*

Respondent.

---------------------------------------------------------------X

JUDGMENT
01-CV- 2528 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 8, 2005, ordering that the petition for a writ of habeas corpus is denied; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus is denied.

Dated: Brooklyn, New York
September 09, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court